# District Court Of Appeal Of Florida
## Second District

———————————————

ALFRED BARR,

Appellant,

v.

BEAZER PREOWNED HOMES II, LLC,

Appellee.

No. 2D23-20

———————————————

February 2, 2024

Appeal from the Circuit Court for Hillsborough County; Frances M. Perrone, Judge.

Alfred Barr, pro se.

Jean M. Henne of Jean M. Henne P.A., Winter Haven, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.